**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 115 MAL 2020

           Respondent                  :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

           v.                          :

                                        :

JERREL JAYNES,                          :

           Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.